PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
NOV 30 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAMERON FOX,<br><br>　　　　　Defendant. | CASE NO. 2:17-CR-0215 MCE<br><br>VIOLATIONS: 18 U.S.C. § 2422(b) – Online Enticement of a Minor for Sexual Purposes; 18 U.S.C. § 2251(a) – Production of Child Pornography; 18 U.S.C. § 2252(a)(4) – Possession of Child Pornography; 18 U.S.C. §§ 2428(b) and 2253(a) – Criminal Forfeiture |

# INDICTMENT

<u>COUNT ONE</u>:　　[18 U.S.C. § 2422(b) – Online Enticement of a Minor for Sexual Purposes]

　　The Grand Jury charges: T H A T

CAMERON FOX,

defendant herein, from in or about October 2016, and continuing through on or about April 8, 2017, in Placer County, in the State and Eastern District of California, using facilities and means of interstate and foreign commerce, did knowingly persuade, induce, entice and coerce a minor, identified as "Juvenile Victim 1," who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, all in violation of Title 18, United States Code, Section 2422(b).

///

///

1  COUNT TWO: [18 U.S.C. § 2251(a) – Production of Child Pornography]

2  The Grand Jury further charges: T H A T

3  CAMERON FOX,

4  defendant herein, on or about April 4, 2017, in Placer County, State and Eastern District of California,
5  and elsewhere, did knowingly and intentionally employ, use, persuade, induce, entice, and coerce a
6  minor, identified as "Juvenile Victim 1," to engage in sexually explicit conduct as defined in Title 18,
7  United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct,
8  knowing and having reason to believe that such visual depictions would be transported and transmitted
9  using a means and facility of interstate and foreign commerce, and such visual depictions were actually
10 mailed, shipped and transported using a means and facility of interstate and foreign commerce and in
11 and affecting interstate commerce, and such visual depictions were produced and transmitted using
12 materials that have been mailed, shipped, and transported in and affecting interstate and foreign
13 commerce by any means, including by computer, all in violation of Title 18, United States Code, Section
14 2251(a).

15 COUNT THREE: [18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography]

16 The Grand Jury further charges: T H A T

17 CAMERON FOX,

18 defendant herein, on or about May 25, 2017, in Placer County, in the State and Eastern District of
19 California, did knowingly possess one or more matters which contained one or more visual depictions,
20 including but not limited to, 1370253413195.jpg, 2012 4yo LISA Fuck-andCum-in-Pussy.avi,
21 08e9785b-ce7c-4be0-9966-f9119e8b678e.mp4 and 0453b499-578d-47f0-82fe-2a611ddd76d8.mp4, that
22 had been transported using a means and facility of interstate and foreign commerce, and in and affecting
23 interstate and foreign commerce, and which was produced using materials which had been so shipped
24 and transported, by any means, including by computer, where the production of such visual depictions
25 involved the use of a minor engaged in sexually explicit conduct as defined in Title 18, United States
26 Code, Section 2256(2), and such visual depictions were of such conduct, all in violation of Title 18,
27 United States Code, Section 2252(a)(4)(B).

28 ///

INDICTMENT

1 | FORFEITURE ALLEGATION: [18 U.S.C. §§ 2428(b) and 2253(a) - Criminal Forfeiture]

2 |     1. Upon conviction of the offense alleged in Count One of this Indictment, defendant CAMERON FOX shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(b), any property, real or personal, that was used or intended to be used to commit or facilitate the commission of such violation, and any property, real or personal, constituting or derived from proceeds traceable to such violation, including but not limited to the following:

    a. Black Motorola Droid Smart Phone – XT1585 Turbo 2;
    b. Sandisk Cruzer thumb drive;
    c. Blue Motorola Droid phone, Model #XT1254;
    d. Black iPhone4, Model #A1349;
    e. Samsung Tablet, Model #GT-P3113, serial RF2D20XAVSA;
    f. Black Made Computer Tower, currently booked under tag 170003171;
    g. Toshiba Satellite laptop, Model #M115;
    h. Blue HP invent CD-R disc, 700mb; and
    i. Motorola Verizon Cell phone XD926.

    2. Upon conviction of one or more of the offenses alleged in Counts Two and Three of this Indictment, defendant CAMERON FOX shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a), any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said violations; and any property, real or personal, used or intended to be used to commit and to promote the commission of such violations, or any property \traceable to such property, including but not limited to:

    a. Black Motorola Droid Smart Phone – XT1585 Turbo 2;
    b. Sandisk Cruzer thumb drive;
    c. Blue Motorola Droid phone, Model #XT1254;
    d. Black iPhone4, Model #A1349;
    e. Samsung Tablet, Model #GT-P3113, serial RF2D20XAVSA;
    f. Black Made Computer Tower, currently booked under tag 170003171;
    g. Toshiba Satellite laptop, Model #M115;
    h. Blue HP invent CD-R disc, 700mb; and
    i. Motorola Verizon Cell phone XD926.=

///
///
///
///
///

3. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Three of this Indictment, for which defendant is convicted, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c) and 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ **Signature on file w/AUSA**

_____
FOREPERSON

PHILLIP A. TALBERT
United States Attorney

INDICTMENT                4

No. **2:17-CR-0215 MCE**

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
vs.

## CAMERON FOX

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 2422(b) – Online Enticement of a Minor for Sexual Purposes; 18 U.S.C. § 2251(a) – Production of Child Pornography; 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography; 18 U.S.C. § 2428(b) and 2253(a) – Criminal Forfeiture

*A true bill,* **/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* ____30____ *day*

*of* ___November___, *A.D. 20 17*

_____
*Clerk.*

*Bail, $* _____

GPO 863 525

**United States v. Cameron Fox**
**Penalties for**

**DEFENDANT**

CAMERON FOX

**COUNT 1:**

VIOLATION: 18 U.S.C. § 2422(b) –Online Enticement of a Minor

PENALTIES: A minimum of 10 years imprisonment; a maximum of life imprisonment; a fine up to $250,000;
Supervised release of 5 years minimum and up to life
Forfeiture as mentioned in the indictment

**COUNT 2:**

VIOLATION: 18 U.S.C. § 2251(a) – Production of Child Pornography

PENALTIES: A minimum of 15 years imprisonment; a maximum of 30 years; a fine up to $250,000;
Supervised release of 5 years minimum and up to life
Forfeiture as mentioned in the indictment

**COUNT 3:**

VIOLATION: 18 U.S.C. § 2252(a)(4)(B)– Possession of Child Pornography

PENALTIES: No statutory minimum sentence; a maximum of 10 years imprisonment; a fine up to $250,000;
Supervised release of 5 years minimum and up to life

**FORFEITURE ALLEGATION:**

VIOLATION: 18 U.S.C. §§ 2428(b) and 2253(a)

PENALTIES: As stated in the charging document

**SPECIAL ASSESSMENT:** $100 (mandatory on each count)