| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | ROSANNE RUST |
|   | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 4 | (916) 554-2700 |

**FILED**

NOV 30 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CAMERON FOX,

        Defendant.

CASE NO. 2:17-CR-0215 MCE

ORDER TO SEAL
(UNDER SEAL)

The Court herby orders that the Indictment, the Petition of Assistant U.S. Attorney Rosanne Rust to Seal the Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated: 11/30/17

_____
HONORABLE ALLISON CLAIRE
United States Magistrate Judge