| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LEXI P. NEGIN, #250375 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | CAMERON FOX |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) Case No. 2:17-cr-00215-MCE
                          )
            Plaintiff,    ) NOTICE OF EXCLUSION OF TIME; ORDER
                          )
     v.                   )
                          )
CAMERON FOX,              )
                          )
            Defendant.    )
                          )

On the Court's own motion of February 28, 2018, the motion for reconsideration and status conference scheduled for March 1, 2018 was vacated and continued to March 8, 2018 at 10:00 a.m.

///

///

///

///

///

///

///

///

///

///

Notice of Exclusion of Time                    -1-

Based upon the foregoing, and defense counsel's need to continue her investigation, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including March 8, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: March 1, 2018            Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Lexi P. Negin*
LEXI P. NEGIN
Assistant Federal Defender
Attorney for CAMERON FOX

DATED: March 1, 2018            McGREGOR W. SCOTT
United States Attorney

*/s/ Rosanne Rust*
ROSANNE RUST
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The Court orders the time from the date of the parties stipulation, up to and including 3/8/2018, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), 18 U.S.C. §3161(7)(A) and Local Code T4. The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: March 13, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE