HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250375
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CAMERON FOX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-00215-MCE |
| Plaintiff, | ) | NOTICE OF EXCLUSION OF TIME; ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| CAMERON FOX, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On the Court's own motion of March 7, 2018, the motion for reconsideration and status conference scheduled for March 8, 2018 was vacated and continued to March 15, 2018 at 10:00 a.m.

///

///

///

///

///

///

///

///

///

///

| | |
|---|---|
| 1 | Based upon the foregoing, and defense counsel's need to continue her investigation, the |
| 2 | parties agree time under the Speedy Trial Act should be excluded from this order's date through |
| 3 | and including March 15, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable |
| 4 | time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and |
| 5 | defense preparation. |

DATED: March 12, 2018            Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Lexi P. Negin*
LEXI P. NEGIN
Assistant Federal Defender
Attorney for CAMERON FOX

DATED: March 12, 2018            McGREGOR W. SCOTT
United States Attorney

*/s/ Rosanne Rust*
ROSANNE RUST
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The Court orders the time from the date of the parties stipulation, up to and including March 15, 2018, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), 18 U.S.C. §3161(7)(A) and Local Code T4. The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: March 13, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE