| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LEXI P. NEGIN, #250376 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Attorney for Defendant |
| | CAMERON FOX |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-215 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| CAMERON FOX, | DATE: July 5, 2018 |
| | TIME 10:00 a.m. |
| Defendant. | JUDGE: Hon. Morrison C. England, Jr |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Rosanne Rust, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin, attorneys for Cameron Fox, that the status conference scheduled for July 5, 2018 be vacated and be continued to September 20, 2018 at 10:00 a.m.

Defense counsel requires additional time to prepare and investigate the allegations made in this case. The government has produced additional discovery, which defense counsel needs to review with the defendant. Defense counsel also requires more time to pursue investigation, and complete a forensic examination of electronic devices with the assistance of an outside expert, as well as continue negotiations toward a non-trial disposition.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from July 5, 2018 through September 20, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based

upon continuity of counsel and defense preparation.

DATED: June 29, 2018                        Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            */s/ Lexi P. Negin*
                                            LEXI P. NEGIN
                                            Assistant Federal Defender
                                            Attorneys for CAMERON FOX

DATED: June 29, 2018                        MCGREGOR W. SCOTT
                                            United States Attorney

                                            */s/ Rosanne Rust*
                                            ROSANNE RUST
                                            Assistant United States Attorney
                                            Attorneys for Plaintiff

ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including September 20, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the July 5, 2018 status conference shall be continued until September 20, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: July 5, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE