| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LEXI P. NEGIN, #250376 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Attorney for Defendant |
| | CAMERON FOX |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-215 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| CAMERON FOX, | DATE: September 20, 2018 |
| | TIME 10:00 a.m. |
| Defendant. | JUDGE: Hon. Morrison C. England, Jr |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Rosanne Rust, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin, attorneys for Cameron Fox, that the status conference scheduled for September 20, 2018 be vacated and be continued to December 13, 2018 at 10:00 a.m.

Defense counsel requires additional time to prepare and investigate the allegations made in this case. The government has produced additional discovery, which defense counsel needs to review with the defendant. Defense counsel also requires more time to pursue investigation, and complete a forensic examination of electronic devices with the assistance of an outside expert.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from September 20, 2018 through December 13, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order -1-
to Continue Status Conference

| | | |
|---|---|---|
| DATED: September 17, 2018 | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Lexi P. Negin*<br>LEXI P. NEGIN<br>Assistant Federal Defender<br>Attorneys for CAMERON FOX |
| DATED: September 17, 2018 | | MCGREGOR W. SCOTT<br>United States Attorney |
| | | */s/ Rosanne Rust*<br>ROSANNE RUST<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including December 13, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 20, 2018 status conference shall be continued until December 13, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 18, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE