| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LEXI P. NEGIN, #250376 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Attorney for Defendant |
| | CAMERON FOX |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-215 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| CAMERON FOX, | DATE: December 13, 2018 |
| | TIME 10:00 a.m. |
| Defendant. | JUDGE: Hon. Morrison C. England, Jr |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Rosanne Rust, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin, attorneys for Cameron Fox, that the status conference scheduled for December 13, 2018 be vacated and be continued to February 7, 2019 at 10:00 a.m.

Defense counsel requires additional time to prepare and investigate the allegations made in this case and to meet and confer with her client. Defense counsel is also continuing forensic review of the digital evidence of the case, with an outside expert. Defense counsel also needs additional time to conduct legal research and analyses regarding various issues related to the charged crimes, and she is otherwise unavailable until early February.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from December 13, 2018 through February 7, 2019, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based

upon continuity of counsel and defense preparation.

If the case has not resolved by February 7, 2019, the parties will request a trial date at that time, and set a schedule for pretrial motions.

DATED: December 11, 2018         Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Lexi P. Negin*
LEXI P. NEGIN
Assistant Federal Defender
Attorneys for CAMERON FOX

DATED: December 11, 2018         MCGREGOR W. SCOTT
United States Attorney

*/s/ Rosanne Rust*
ROSANNE RUST
Assistant United States Attorney
Attorneys for Plaintiff

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and it would prevent continuity of counsel. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from December 13, 2018, up to and including February 7, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the December 13, 2018 status conference shall be continued until February 7, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: December 29, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE