| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LEXI P. NEGIN, #250376 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Attorney for Defendant |
| | CAMERON FOX |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-215 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| CAMERON FOX, | DATE: February 7, 2019 |
| | TIME 10:00 a.m. |
| Defendant. | JUDGE: Hon. Morrison C. England, Jr |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Rosanne Rust, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin, attorneys for Cameron Fox, that the status conference scheduled for February 7, 2019 be vacated and be continued to March 14, 2019 at 10:00 a.m.

Defense counsel requires additional time to prepare and investigate the allegations made in this case and to meet and confer with her client. Defense counsel is engaging in further discovery and investigation that involves materials that contain child pornography and that require the services of an expert off-site. Further defense counsel is engaging in further analysis of the guidelines and preparation for trial. Defense counsel also needs additional time to conduct legal research and analyses regarding various issues related to the charged crimes.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from February 7, 2019 through March 14, 2019, pursuant to 18 U.S.C. §3161

Stipulation and Order
to Continue Status Conference

-1-

(h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: February 4, 2019  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Lexi P. Negin*
LEXI P. NEGIN
Assistant Federal Defender
Attorneys for CAMERON FOX

DATED: February 4, 2019  MCGREGOR W. SCOTT
United States Attorney

*/s/ Rosanne Rust*
ROSANNE RUST
Assistant United States Attorney
Attorneys for Plaintiff

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and it would prevent continuity of counsel. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from February 7, 2019, up to and including March 14, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the February 7, 2019 status conference shall be continued until March 14, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: February 5, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE