McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-215 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| CAMERON FOX, | DATE: April 4, 2019 TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on April 4, 2019.

2.      By this stipulation, defendant now moves to continue the status conference until May 2, 2019, and to exclude time between April 4, 2019, and May 2, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes several imaged electronic devices, child pornography (which must be reviewed at a government facility), reports, audio files and other documentary evidence.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendant desires additional time to continue to investigate the

charges in the Indictment and to review the child pornography and imaged electronic devices with an off-site expert. Defense counsel also needs additional time to discuss potential resolutions with her client, to consider pretrial motions, and to conduct more research regarding issues associated with the Sentencing Guidelines.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that the additional time is also needed for continuity of counsel.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 4, 2019 to May 2, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4        IT IS SO STIPULATED.

5

6

7    Dated:  April 1, 2019                                   McGREGOR W. SCOTT
                                                          United States Attorney

8

9                                                         /s/ ROSANNE L. RUST
                                                          ROSANNE L. RUST
10                                                        Assistant United States Attorney

11

12   Dated:  April 1, 2019                                   /s/ LEXI NEGIN
                                                          LEXI NEGIN
13                                                        Counsel for Defendant
                                                          Cameron Fox
14

15

16                                 **ORDER**

17        IT IS SO ORDERED.

18   Dated:  April 8, 2019

19

20                                                        _____
                                                          MORRISON C. ENGLAND, JR
21                                                        UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28