1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   LEXI P. NEGIN, #250375
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA 95814
4   Telephone: (916) 498-5700

5   Attorneys for Defendant
    CAMERON FOX
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )   Case No. 2:17-cr-00215-MCE
                                       )
11                  Plaintiff,         )   NOTICE OF EXCLUSION OF TIME; ORDER
                                       )
12       v.                            )
                                       )
13  CAMERON FOX,                       )
                                       )
14                  Defendant.         )
                                       )
15
         On the Court's own motion of April 29, 2019, the change of plea scheduled for May 2,
16
    2019 was vacated and continued to May 9, 2019 at 10:00 a.m.
17
         Based upon the foregoing, and defense counsel's need to continue her investigation, the
18
    parties agree time under the Speedy Trial Act should be excluded from this order's date through
19
    and including March 15, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable
20
    time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and
21
    defense preparation.
22
    DATED: April 29, 2019                        Respectfully submitted,
23
24                                               HEATHER E. WILLIAMS
                                                 Federal Defender
25
                                                 /s/ Lexi P. Negin
26                                               LEXI P. NEGIN
                                                 Assistant Federal Defender
27                                               Attorney for CAMERON FOX

28

    Notice of Exclusion of Time              -1-

| | |
|---|---|
| 1 | DATED: April 29, 2019 |
| 2 | |

McGREGOR W. SCOTT
United States Attorney

/s/ Rosanne Rust
ROSANNE RUST
Assistant United States Attorney
Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

The Court orders the time from the date of the parties stipulation, up to and including May 9, 2019, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), 18 U.S.C. §3161(7)(A) and Local Code T4. The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: April 30, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE