McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>                  v.<br><br>CAMERON FOX,<br><br>                           Defendant. | CASE NO.  2:17-CR-00215 MCE<br><br>**UNITED STATES' FORMAL OBJECTIONS TO THE FINAL PRESENCENCE INVESTIGATION REPORT**<br><br>Hearing:     Augsut 1, 2019<br>Time:        10:00 a.m.<br>Judge:       Hon. Morrison C. England, Jr. |

### UNITED STATES' FORMAL OBJECTIONS TO THE FINAL PSR

The United States hereby submits a formal objection to the inclusion of the letter the defendant requested be attached to the final Presencence Investigation Report (PSR) filed on July 11, 2019 (ECF No. 69-5), which details certain events related to the victim. Pursuant to Federal Rule of Criminal Procedure 32(d)(3), the PSR must exclude certain information that, if disclosed, might result in harm to others. Including the letter defense counsel has submitted would achieve the Rule's prohibited result. The defendant will have continued access to his PSR while in custody, and afterward, and he should not have at his disposal any information, including personal details about the victim and other events in his/her past, that the defendant could use to render further harm to the victim. Moreover, inclusion of the letter violates the victim's right to be reasonably protected from the accused, as well as his/her privacy rights and his/her right to be treated with dignity and fairness throughout the proceedings. 18 U.S.C. § 3771(a)(1), (a)(8). As noted by U.S.S.G. § 1B1.3(a)(1)(A), the PSR should focus on the

1   defendant's conduct and only his behavior is relevant.

2          Based on the foregoing, inclusion of the letter is improper and the United States, therefore,

3   requests that ECF No. 69-5 be struck from the PSR.

4

5                                                      Respectfully Submitted,

6   Dated:  July 18, 2019                              McGREGOR W. SCOTT
                                                       United States Attorney
7

8                                                       _/s/ Rosanne Rust_____
                                                       ROSANNE L. RUST
9                                                      MICHAEL D. ANDERSON
                                                       Assistant United States Attorneys
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28