HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
CAMERON FOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-215 MCE |
| Plaintiff, | ) ) ) | LETTERS OF SUPPORT IN AID OF SENTENCING |
| v. | ) ) | Date: August 1, 2019 |
| CAMERON FOX, | ) ) ) | Time: 10:00 a.m. Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) ) | |

     Mr. Cameron Fox, through undersigned counsel, respectfully submits the attached letters in aid of sentencing.

Dated: July 25, 2019

                                         Respectfully submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Defender

                                         */s/ Lexi P. Negin*
                                         LEXI P. NEGIN
                                         Assistant Federal Defender
                                         Attorney for CAMERON FOX

Erica M. Castro


June 26, 2019

The Honorable Morrison C. England
United States District Judge
United States District Court for the Eastern District of California
501 I Street
Sacramento, CA 95814

To The Honorable Morrison C. England:

I am Cameron Fox's fiancé. I am 34 years old. After being diagnosed with Gastroparesis (Stomach Paralysis) in 2015, I relocated back to Reno, NV to be with my family after spending 10 years establishing a life for myself living and working in banking on the East Coast. I stepped away from the responsibilities of the financial industry to reduce my stress and have filmed vehicles for dealership sales and now I process appraisals from home for an appraisal management company out of Roseville, CA. I come from a very close-nit, supportive and open family originally from Hawaii. Relationships within my family are very strong and uniquely healthy. I say that because not only have many others we've welcomed into our family noticed this, but as Cam started to spend time with my family, he immediately began to realize what my family shared was special. My family has always supported me, encouraged me and has loved me unconditionally. This has instilled an innate sense within me to only establish relationships with those whom are genuine, sincere and honest with me and themselves.

Cameron and I met in June of 2016 and became friends instantly. One thing I have appreciated about Cam since the beginning is his open heart and brutal honesty. He had nothing to hide with me and that was refreshing since personally I have learned through my life that many people cannot handle honesty. Cam and I had met in a time in my life where I had lost everything; I was coming out of a 13 year relationship, I was recovering from my first major relapse with Gastroparesis and I was having to move back in with my mom and dad after owning my own house and having a successful career in finance. Cameron lifted me up. He always took care of me and I found it easy to maintain my health with him around because he'd eat what I ate or he'd make sure I wouldn't overdo it, be it activities, food, stress, etc. My family saw that in Cam right away and I know that is the reason they quickly grew to love him. My niece and nephew who I consider my own kids, warmed up to Cam right away and I often found the four of us partaking in fun activities at family hang outs. Cam was always so great with answering their questions and had the patience in teaching them different things, for example doing different martial arts moves with TJ, who had previous training as well and playing guitar with Leila as she played her ukulele. Leila and TJ have often sent notes within my letters to "Uncle Cam" while he has been in jail. Cameron would never harm a child.

Cameron is always the guy who wants to fix the problem or help a friend in need out. Including taking care of me; staying up with me through nights while I lay sick and he'd still have to be at work at 6am for a 14-hour shift at the car lot. There was a time when my mom was hiding out in her bedroom during a family gathering and he had helped her by doing acupressure therapy to relieve a migraine she was suffering from. He often helped his friends and my family with moving, housework, and construction projects on the weekends. He would occasionally take one of his mentors who is an older gentleman grocery shopping when he needed as well as helping me with my grandmother. He is a true gentleman much like my father, and I knew my grandma appreciated that about Cameron from the start. I remember at times when he'd get a call from one of his buddies and he'd be there to help them without a question, same goes with my family, when my Auntie and Uncle needed help moving, he was there. He had great friendships with his coworkers and friends outside of work, many of whom I had met and spent time with.

Cameron studied and practiced Martial Arts for 12 years. He often had me join him while practicing at the DOJO. His teacher chose him on many occasions to help train and teach other adults and children in his classes. He enjoyed this art as it gave him the discipline to focus his mind and teach others. Cameron is constantly thinking of ways to better himself. Just before Cam was initially arrested in May of 2017, he was offered a promotion at Future Ford to transition from administration into the sales team. In the 2.5 weeks that he worked on the sales team he had tripled his salary on his last paycheck. I have never doubted his potential to be successful.

In the time I have known Cam I can honestly say that at first, he was struggling within himself and working to break away from his broken past relationships, family dysfunctions and addiction. He has completely changed. The Cameron I met in 2016 is a completely different person from the Cameron I know today. Even my family has noticed this. I credit that to the support he has received from my family and his closest friends. I have also noticed that the influence of the support that my family gives Cam has set a healthy tone as to how some of his own family members have started treating/supporting him. I feel deeply that Cameron lacked the support he needed in a crucial period of time during his upbringing. I know that is a part of why he has always been so generous with his time and efforts to help and support others. It makes sense that he would never want those he cares for to feel as he had at his worst moments – unsupported, lost, struggling to make-do. One thing he always did though was made-do. He always found a way to survive. He has a generous soul and I know he'd never intentionally harm or hurt anyone.

In the summer that this case unfolded Cameron had lost his job and his truck, he started looking for a job nearby that he could walk to. He went to every gas station and store near the apartment and either applied or talked to management about job opportunities. He acquired two jobs at the same time with Round Table Pizza and Aisle1, unfortunately Round Table was not able to organize a training schedule for Cam, so he went full-time with Aisle1. In the meantime, he made it to every court date in Marin County. He also started to focus on his recovery with sex addiction and was attending meetings 1-2 per week between Reno and the Sacramento areas until his surrender in December of 2017. I can attest that he has grown and learned so much because of this terrible experience and will fortunately never be the same because he has become a better version of himself.

Cameron and I talk of our future under this system together and although it will be challenging, I know he has the support he needs to succeed in what he does to prove himself to society and to show he will contribute without question. Cameron has plans to further his education, specifically in Business Management in order to create more opportunities for himself and others. He would also like to take this experience and help others, sex offenders specifically, or those dealing with sex addiction to counsel and share his experience in hopes they could avoid this very situation. I know he will also be studying and practicing martial arts again. Cameron has many opportunities ahead of him to move forward and succeed including a job offer from my previous manager.

The most difficult part in all of this is that everyone who has been informed about this case and who knows what is going on, cannot believe this is happening to Cameron. How is it right, with all evidence provided that everyone just has to turn a blind eye and sentence Cameron to this extent. He did not harm or abuse anyone. In part, I feel Cameron was harassed and manipulated. I don't believe Cameron should be left as a debt to society under this sentence and institutionalized. He has taken full responsibility for this mistake and holds himself fully accountable. I don't think it right or fair for him to lose his life to the system for an act that was consensual, or held captive to endure the revenge of a jealous person. You share this case with anyone and their immediate reaction is sadness, shortly followed by confusion and anger. Cameron does not belong in prison. He will be serving a life sentence having to be registered as a sex offender. That is punishment enough. Cameron is not a predator nor a monster as she has made him out to be. If her parents knew the truth, I'm certain they would agree. Everyone who knows him, knows that. I plea to you for my future husband's mercy and hope that you do everything in your power to allow him to move forward with his future, our future, together advantageously.

Sincerely,

Erica M. Castro

Lynn Castro



July 11, 2019

The Honorable Morrison C. England
United States District Judge
United States District Court for the Eastern District of California
501 I Street
Sacramento, CA 95814

To The Honorable Morrison C. England:

This letter has been a daunting task to face. I am Lynn Castro, 61 years old, of Reno, NV. My daughter, Erica Castro is Cameron Fox's fiancé. I have been married for 40 years to Erica's father Don Castro. I have worked at Noah's Ark Child Center for 23 years. I am the kitchen supervisor and Washoe County Certified Food Protection Manager. Noah's Ark currently has an enrollment of 100 preschool aged children and 50 elementary age children in our summer program.

We met Cameron soon after he and Erica met. He was mindful and respectful from the start. We are very happy to see how much he and Erica care for one another. Erica is afflicted with Gastroparesis (GP). This condition requires the utmost restraint in food and liquid consumption due to the stomach being paralyzed. GP has not deterred Cameron from caring and supporting Erica. Cameron lived with his mother when we met him. He also took care of Lea who has some health issues. He contributed to her wellbeing a lot. Cameron jumps right in to help if he was able. He worked long hours and would still make time for those of us who needed help. My sister's family moved during a time before Cameron's surrender, Cameron was great in organizing and moving all of the items transported. Cameron has shown all of our family how much of himself he is willing to give. I feel such sadness to think of Cameron being incarcerated. He has so much to offer society.

Cameron's adapted extremely well from a challenging childhood, into a fully functional, tax paying citizen. I feel Cameron is the victim of our accused-is-guilty trend. Too many are accused of sex offending in order to calm, squelch, the witch hunters. Unfortunate for all of us! I have no doubt there are abusers, but Cameron Fox is not among them. I look forward to a positive outcome for Cameron. I hope that you and those involved in Cameron's sentencing will consider how much he has to offer to our society; he is not a threat to anyone. I will invest in motivating Cameron and Erica in their future together. Thank You.

Sincerely,

Lynn Castro

Shirley S. Castro



June 25, 2019

The Honorable Morrison C. England
United States District Judge
United States District Court for the Eastern District of California
501 I Street
Sacramento, CA 95814

To The Honorable Morrison C. England:

I am 82 years old. I have been a widow for nearly 30 years after being married for 28 years when my husband died of cancer. I am an independent person living on my own, perceptive to people and nearly correct 90% of the time. My family is a hugging, loving type of people. I met Cameron nearly 4 years ago at a family gathering. He was a friend of my granddaughter, Erica.

I liked Cameron when I met him. He was quiet, but observing this somewhat boisterous family. He liked the two young children and they in turn liked him too. In later times he seemed to enjoy spending time with the children – my great grandchildren and Erica's niece and nephew, but they knew there were guidelines where they could not be overindulgent with him and to listen as they are expected to be with any of us.

Cameron's work ethic is great. There were times that we would have liked him to join us but he had to work at his job and could not make it to our gatherings.

He likes the outdoors. Camping seems to be a love for him since I know he and Erica often went on camping trips together. They love to travel. I know that he would never destroy the ecosystem, he tries to live by the rules.

He is a caring person. Erica is ill with an incurable disease and I know he will care for her in her time of need. I know he had studied to be a nurse for a while. He will always be by her side. He had already changed his own eating habits so he could be supportive of Erica's limited eating habits.

We have spoken on the phone and I have visited Cameron with Erica a few times and although a little sad because of the situation he is in now, he will do what is expected of him to carry out his sentence.

The future for him is to be with Erica in Reno, NV. The job market in Reno is at an all time high and I know he will not have a hard time finding a job because when he lost his job from all of this, he made up with it by getting two before his time to surrender.

We have not spoken of what his plans for the future are. He is doing his very best to be a good human being in the current situation.

I strongly believe in education. I know he has the hunger for it and he has talked about further educating himself and helping others. It is great to be in maintenance or a mechanic with a PHD. I know I won't have to convince him in furthering his education.

Religion is important to Cameron. Perhaps not one single type of religion, but a knowledge of all different ways people worship. I believe this sustains him in the situation he is in now.

I pray for Cameron every night with hopes for his homecoming. He will not be a threat to society and I know for a fact the he would be a model citizen.


Yours Truly,
Shirley S. Castro

Lesley A. Fox



July 11, 2019

The Honorable Morrison C. England, Jr.
United States District Court
Eastern District of California


I am Cameron's mother. I retired from the State of California, Dept. Of General Services in 2007. I worked at the Procurement Division for 27 years, managing various programs. I liked my job and made several friends. I traveled periodically, typically two to three days per trip. I was blessed with the birth of my son, Cameron after artificial insemination. I was single, with a close and loving family and group friends, who cared for Cam while I was working. Fortunately, I was financially able to provide for us on my own. When Cameron was six I met a man who was smart, funny and athletic like myself, Michael Fox. We both came of age in the 60s and seemed to have much in common. He didn't have much experience with small children, but he and Cam did like watching action movies and science programs together.

I bought a new house for us in Antelope, CA just before second grade began. He had lots of friends and we associated with other couples. Unfortunately, one man mentioned to my husband that he liked to party with cocaine sometimes. When he was high, Mike Fox was funny and nice. Occasionally, I joined him; more often he went out with friends.

We moved to a larger house in Auburn when Cam was starting the fourth grade. He excelled in Language and Arts and we worked on many of his projects together. He didn't make many friends at the new school though; he missed his old ones. He began to teach younger boys how to swim at a racquet club we had joined. Their parents loved it. His stepfather began to focus more on discipline, however, and we began to argue.

Cam was diagnosed with ADHD and Bipolar Disorder when he was 16. He was in therapy and on medication and he was struggling in school. His stepfather and I argued about expectations. Just after he turned 18 and while I was recovering from hip replacement surgery, Mike Fox had the Auburn police force Cameron to leave the house indefinitely. It was raining and cold; he was heavily medicated and didn't have any cash, just his Social Security check and the clothes he was wearing. Someone called me the next day and asked if I knew Cameron because he had found the SSA check in a parking lot. Eventually, my son got a job in a lumber yard and found a couch at a co-worker's apartment to sleep on. He quit school, but he went back for a General Education Diploma a few years later.

After getting his GED, Cam went to Sierra College, taking the bus from Auburn to Rocklin. I don't recall all of the classes he took, but I know he fell in love with Philosophy. This exposure led him to Hinduism and meditation which he still practices today. He seems to be more focused and at peace when he can practice his mantras.

I have survived ten major surgeries and breast cancer. My son came to help or he'd just sit with me whenever he could and when his stepfather was gone. Sometimes he actually carried me to his truck for my medical appointments and couldn't work. He helped me landscape a hill in the backyard, planting 10 large Redwood trees. He's helped several others with their home improvement projects, including significant work for his aunt in Minnesota.

Cameron is close to his cousin, Ethan Walker and has the support of his cousin, Lindsey Thurmond-Koether, his aunt Nora Thurmond-Straight and her husband, Michael Thurmond; also his friend, Jake and when they were living; his maternal grandparents and especially a longtime family friend, Edeltraut (Edie), who had him in her home daycare and

who knew him from birth. And of course, his fiancé, Erica Castro, who has offered her steadfast love and support to both Cameron and me.

Cameron is well aware he's made some very bad choices. He's made a point of telling me, "None of this was your fault, Mom. I am fully accountable for my actions." He began attending Sexaholics Anonymous 12-Step meetings before he went to jail. I have attended S-Anon meetings for family members and will continue to seek the support this recovery program offers.

In spite of the challenges Cameron faced growing up in an abusive home and despite the challenges his mental diagnoses has presented, Cam was able to obtain his GED, has successfully held long-term employment; he's taken full responsibility for his incarceration, and I know he's remorseful for the actions that have led him here.

As for the future, I don't know what his specific plans are for when he is released, but I know that he will want to get a job, complete the 12-Step recovery program and he'll be building a good life with Erica.

I only pray that I will be alive to see them live their second-chance dream.

Sincerely,

Lesley A. Fox

# CHARACTER LETTER FOR CAMERON FOX BY ETHAN WALKER

**DEAR JUDGE ENGLAND,**

Good afternoon. Cameron Fox is my cousin who I know personally, intimately as a family member, and with highest regard and belief in his character and capabilities to society. I am a successful career music teacher of over 20 years in public institutions currently employed in Morgan Hill Unified School District. I hold 2 BA and 1 MEd. in education and piano performance. I write with special training and insight into the world of children and the laws protecting them. This letter is a plea for humanity and special consideration. We grew up together as family members in the same house for a time without incident. Specifically, I ask that you carefully read this letter in consideration for the minimum sentencing plea guidelines that you are capable of. Placing Cameron Fox in a minimum-security facility with proper psychological treatment and protection from violent offenders is humane and appropriate for several reasons.

- Cameron faces 1st time offense charges that would not exist if the girl was only a few months older as an adult.
- Cameron has *never* shown or proven himself to be violent even once. He is instead a man of philosophy, with some college education, and a deeply self-disciplined religious life that upholds the highest standards of non-violent action and goodness to others and community.
- Cameron has never been known or observed by any family member or me, to harm, touch, or molest a child. Instead, I observed complete normality when I employed him to help with children's concerts at my school jobs over several years.
- Cameron has held long term jobs and fostered long term loving relationships over the years including with Erykah his current girlfriend of over 2 years. Cameron was known to be normal and well adjusted as a citizen. The charges he faces come as a complete shock to me and other family members. The federal sentencing guidelines being applied to Cameron are on par with violent offenders, beaters, and stabbers and are extreme by global standards.
- Cameron is a gentle soul who is deeply reflective and seeks to better himself at all cost. You will find absolutely no better candidate for reform and reentry into the world as a productive citizen of merit.

Please consider only the lowest minimum sentence for Cameron. The guidelines set by Congress are similar to violent offenders. Spending a third of his life incarcerated for a non-violent crime is profound. Please consider his loved ones like myself who know him

completely, deeply and saddened by the severe penalties and guidelines equivalent to many violent and harmful predators. Cameron can be rehabilitated back into society, his work, his wife, family and support system – all with a minimum sentencing by my opinion.

Thank you for considering the many reasons for a humane treatment and sentencing for Cameron Fox. And thank you for your willingness to view Cameron's character letters from loved ones.

Sincerely,
Ethan Walker

Nicola Shields


July 10th, 2019

To: The Honorable Morrison C. England, Jr.
United States District Judge
United States District Court for the Eastern District of California
501 I Street
Sacramento, California 95814

Your Honor,

I am writing this character reference on behalf of Cameron Fox.

My name is Nicola Shields. I currently work for Hewlett Packard Enterprise as an account manager for our top-tier custom & complex accounts, solely responsible for an annual revenue of $8.5million USD. In 2007 I proudly became a naturalized citizen of the United States of America, having emigrated from the United Kingdom. I graduated from the University of California, Davis with degrees in Natural Sciences, Biological Sciences, and Neurobiology, Physiology and Behavior.

I have known Cameron Fox for 20 long years now. Cameron and I first met in High School when I was a freshman. Being just 12 years old and from a foreign country, I did not fit in. I found it very difficult to make friends, and was frequently bullied. Cameron, a sophomore at the time, could see my struggle, and without hesitation welcomed me as an equal. He was and continues to be one of the most empathetic people I know, and would give you the clothes off of his very own back if you needed them. We quickly became lifelong friends and in that moment he taught me the value of quality verses quantity when it comes to friendship, a lesson that to this day still comforts me.

Our friendship continued on through high school, community college, and university, with dreams of Nursing and Medical School. It doesn't surprise me that Cameron plans to continue his education while incarcerated; he has always been a strong believer that knowledge is power. Cameron was an instrumental part of the introduction to who would become my future husband, Jacob Shields. He stood beside my husband at our wedding. He held our hands through miscarriage after miscarriage, IVF treatments, and the birth of our premature son. There are so very few I would trust to hold my tiny, fragile infant son in that NICU and I will never forget the love and care Cameron had for Jameson in that moment. My husband Jacob and I have proven ourselves to be leaders amongst our peers, and without hesitation we chose Cameron to be the godparent of our child, someone we would trust to protect and care for him should the unthinkable happen. He even taught Jameson how to say the name of his first super hero...

"Batman!". He has been more present in our lives than some of our very own family members, and despite recent events, I whole heartedly continue to value his friendship.

Cameron and I have grown up together, we have seen one another at our best and at our worst, and there is no denying that he has made some poor choices leading to this. I truly believe that Cameron has learnt many valuable lessons from this experience, and I ask that you please choose to see the good in this young man, the potential he holds for helping others, and the value that his presence brings to those around him.

Best Regards,

*Nicola Faus-Shields*

Nicola Shields

Jacob C. Shields


July 9th, 2019

To: The Honorable Morrison C. England, Jr.
United States District Judge
United States District Court for the Eastern District of California
501 I Street
Sacramento, California 95814


Your Honor,

I am writing on the behalf of Cameron Fox.

My name is Jacob C. Shields. I work as a lead Disaster Recovery Generator Technician, contracted to AT&T in conjunction with Homeland Security. I have been best friends with Cameron Fox for the last 12 years. We first met when I began working for 84 Lumber in Auburn Ca, and Cameron was given the responsibility to train me on my new job role. Cameron and I quickly became great friends, and shortly thereafter, we took on the responsibility of renting an apartment together, where we lived for many years. Cameron and I have been best friends ever since, you could even call us brothers. He has helped me through many problems in life, be it relationships, work, or just having a bad day. I visit him as often as possible, but it will never be enough.

My wife has known Cameron since high school, they have been friends even longer than Cameron and I have. Cameron is the godfather to my only son, Jameson, who is now 3yrs old. When my wife and I discovered we were expecting our son, Cameron helped me get a new job with his current employer, the Future Automotive Group. He can always be relied on to protect his family, and understood my position at that time as an Armed Guard carried too much risk for a soon to be father. Cameron has always been a giving person, always eager to help those in need. He, without payment, helps me retain a defensible space every year on my elderly mother's property before wildfire season. He jumped at helping me build a storage unit for my Aunt even though he barely knew her. He has repeatedly helped my Father move. Cameron is and always will be a brother to me and my family.

Cameron cherishes his relationship with his mother who has been and continues to suffer ongoing medical issues. Without hesitation, Cameron took on the responsibility of provider and caregiver to his mother. He has repeatedly relinquished his independence and moved in with her to provide live in support and help to her through these difficult times.

I believe this experience, along with the counseling and treatment he has undergone, has changed Cameron for the better. He is an intelligent and motivated individual who has high expectations

of himself. He mentioned during one of our visits that he wants to study Business Management and Counseling while incarcerated. He told me that he wants to try to help anyone he can that has gone through similar issues with addiction. Given the opportunity, I believe that he can and will be a very productive and positive member of society.

It is my sincere hope the court will take this letter into consideration at the time of sentencing. Despite Cameron's current charges, I still believe him to be an honorable individual, and a valuable member of my community.

Sincerely,

Jacob C. Shields