HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
CAMERON FOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAMERON FOX,<br><br>　　　　Defendant. | Case №:2:17-cr-215 MCE<br><br>**ORDER PERMITTING DEFENDANT'S SENTENCING MEMORANDUM TO BE FILED UNDER SEAL PURSUANT TO 18 USC 3509(d)(2)** |

The matter coming before the Court on Defendant's Request to seal Defendant's Sentencing Memorandum, and the Court finding that sealing is presumptively required by Title 18 USC 3509(d)(2), IT IS ORDERED that the defendant's Sentencing Memorandum is ordered sealed until further order of this Court. It is further ORDERED that access to the sealed documents shall be limited to the government and counsel for the defendant, and the alleged victim or their attorneys, subject to the Protective Order filed on the Court's docket.

IT IS SO ORDERED.

Dated: August 5, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Order　　　　　　　　　　　　　　　　1