McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-215 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING RESTITUTION |
| v. | |
| CAMERON FOX, | DATE: October 3, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

Plaintiff United States of America, by and through Assistant United States Attorney, Rosanne L. Rust, and defendant Cameron Fox, by and through his counsel, Lexi Negin, respectfully request that the Court hereby stipulate as follows:

1. On May 9, 2019, defendant entered a guilty plea pursuant to a plea agreement for conduct that occurred in 2016 and 2017 (prior to the Amy, Vicky, and Andy Act of 2018). ECF No. 61.

2. In the plea agreement, the defendant agreed to pay restitution in this case. ECF No. 64.

3. On August 1, 2019, the Court sentenced the defendant to 20 years in prison. However, the Court did not order restitution at the time of sentencing. Instead, the matter of restitution was set to be determined at a later restitution hearing scheduled for 10:00 a.m. on October 3, 2019. ECF No. 76.

4. Throughout the case, the United States has been in contact with Juvenile Victim 1 and his/her

STIPULATION AND ORDER REGARDING RESTITUTION 1

family, and s/he was aware s/he had a right to submit a restitution claim. After the sentencing hearing, the United States learned that Juvenile Victim 1 would not be submitting materials to try and support a claim for restitution so the United States could attempt to meet its burden under *United States v. Galan*, 804 F.3d 1287 (2015). No other individuals have made any claims for victim restitution at this time.

5. In the absence of evidence demonstrating loss disaggregation, the government cannot satisfy its burden and prove by a preponderance of the evidence what amount of the victims' losses, if any, was caused by the abuse.

6. Accordingly, the parties, the United States of America, by and through its counsel of record, and defendant Cameron Fox, by and through his counsel of record, hereby stipulate and agree that the Court may not lawfully order restitution based on the available record.

7. Consequently, the parties request that the Court vacate the October 3, 2019, restitution hearing.

Dated: October 1, 2019             McGREGOR W. SCOTT
United States Attorney

By: /s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

Dated: October 1, 2019             By: /s/ LEXI NEGIN
LEXI NEGIN
Assistant Federal Defender and counsel for defendant Cameron Fox

**ORDER**

In light of the legal standard set out in *United States v. Galan*, 804 F.3d 1287 (2015), and the stipulation of the parties, the government has not met its burden of proof with respect to restitution in this case. The Court therefore orders no restitution, and the restitution hearing set for October 3, 2019, is vacated.

IT IS SO ORDERED.

Dated: October 7, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE