McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-00215-MCE |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| CAMERON FOX, | |
| Defendant. | |

On or about June 14, 2019, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and defendant Cameron Fox forfeiting to the United States the following property:

      a. Black Motorola Droid Smart Phone – XT1585 Turbo 2;
      b. Sandisk Cruzer thumb drive;
      c. Blue Motorola Droid phone, Model #XT1254;
      d. Black iPhone4, Model #A1349;
      e. Samsung Tablet, Model #GT-P3113, serial RF2D20XAVSA;
      f. Black Made Computer Tower, currently booked under tag 170003171;
      g. Toshiba Satellite laptop, Model #M115;
      h. Blue HP invent CD-R disc, 700mb; and
      i. Motorola Verizon Cell phone XT926.

Beginning on June 21, 2019, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged

1

legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Cameron Fox.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: October 28, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE